UNITED STATES DISTRICT COURT,
EOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
2004 JUL 29 P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

FRANTZ STERLIN
A-42146272

Petitioner,

Civ. No. _____

V.

BRUCE CHADBOURNE, interim
field office for detention
and removal, Boston field
office, Buereau of Immigration
and removal Enforcement; and
THOMAS M. HODGSON: SHERIFF
Bristol County House of
Corrections.

In the matter of;
STERLIN, frantz
A-42146 272

Respondents.

DECLARATION IN SUPPORT OF REQUEST TO
PROCEED IN FORMA PAUPERIS.

    I, FRANTZ STERLIN, declare that I am petitioner in the above entitled matter ( case);that in support of my motion to proceed in forma pauperis ( or being required to pay filling fees costs, o r give security therefor) I state that due to my poverty i am unable to pay the costs of said proceeding  or to give security therefor, that I believe I am entitled for relief.

1) I am currently incarcerated and not gainfully employed. My last employment was in february, 1999. My last salary was 12.40¢ an hour.

2) I am currently being supported by family gifts and other funds not from business ventures or real estate, or payments from insitutional employment.

3) I have no monies or funds in savings or checking accounts. I do however have .12¢ in my institutional account.

4) I don't any real estate, bonds,  stocks, automobile, notes, or any other valuable property.

5) I don't owe any money for child support for any of my children. I do spend about $80 a month on food, about $40-45 for stationery, toiletry items etc. I am also

paying $28.50 a month on tuition payment to stratford carrer institute.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ON THIS 26th DAY OF JULY, 2004.

RESPECTFULLY SUBMITTED

FRANTZ STERLIN
400 FAUNCE CORNER ROAD
NORTH DARTMOUTH MA 02747