UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTES

FILED OFFICE
2004 JUL 29 P 12: 32
U.S. DISTRICT COURT
DISTRICT OF MASS

FRANTZ STERLIN
A-42146272

petitioner,

V.                                                    Civ.No. _____

BRUCE CHADBOURNE, interim
field office for detention
and removal, Boston field
office, Bureau of immigration
and customs enforcement; and
THOMAS M. HODGSON: SHERIFF        In the matter of;
Bristol County House of            STERLIN, frantz
corrections.                       A- 42146272

Respondents

MOTION TO APPOINT COUNSEL

    Now comes the petitioner FRANTZ STERLIN, A detainee at the BRISTOL COUNTY HOUSE OF CORRECTIONS by order of the BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY and hereby moves this honorable court to appoint him counsel to represent him in his petition for a writ of habeas corpus pursuant to 28 U.S.C § 2241. affidavit in support of this motion is enclosed. please see[ whisenant v yuam 739 f2d 160 169 (1984); rabiu v INS 41 f3d 879 (1994); Mcfarland v Scott 512 U.S 849,860 (1994); Coleman V Vazquez 771 f.supp 300,302-304 (1991);Escobar-Ruiz v INS 787f2d 1294 (1986); Aguilera-Enriquez v INS 516 f2d 565 (1975);Gagnon v Scarpelli 411 U.S. 778 (1973) ]

_____
FRANTZ STERLIN, pro se

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, MA 02747