UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED

2004 JUL 29 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

FRANTZ STERLIN
A-42146272

Petitioner

V.

BRUCE CHADBOURNE, interim
field office for detention
and removal, Bureau of Immigration
and Removal Enforcement; and
THOMAS M. HODGSON: SHERIFF
Bristol County House of
Corrections.

Respondents.

Civ. No._____

in the matter of;
STERLIN, frantz
A-42146272

AFFIDAVIT IN SUPPORT OF MOTION
TO APPOINT COUNSEL

I, FRANTZ STERLIN, Being duly sworn depose and says;

1) I am an inmate at the BRISTOL COUNTY HOUSE OF CORRECTIONS.

2) I am in the custody of the BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY.

3) I am currently unemployed.

4) I cannot afford the costs associated with retaining counsel in the above entitled matter.

5) I am not a lawyer. And i have limited knowledge of the law and it's natural language.

6) I am witting these papers with the aide of many sources.

7) I am not familiar with the manner of investigating and gathering documents for discovery. To present to the court and opposing counsel.

8) There complex issues involve in this petition that will require counsel to properly execute and present this petition.

9) There are numerous defendants in this matter thet needs to be notified. I need assistance in making sure that all parties involve gets their notices.

10) I need an attorney to properly present these papers.

I declare under the pain and penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ON THIS 26th DAY OF JULY, 2004.

RESPECTFULLY SUBMITTED

*[signature]*

FRANTZ STERLIN

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH MA 02747