BRISTOL COUNTY HOUSE OF CORRECTIONS
400 FAUNCE CORNER ROAD
NOTH DARTMOUTH M A 02747
JULY 26, 2004

FILED
OFFICE
2004 JUL 29 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
ONE COURTHOUSEWAY, SUITE 2300
BOSTON, MA 02203

RE: WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

Dear Clerk;

How are you doing? I pray that this letter finds you in the best of health.
Enclosed, please find the following documents/ petitions motion for appoint counsel, leave to proceed in forma pauperis, declarations and affidavits in support thereof are attached. I am asking this honorable to appoint me counsel to help me in my petitionfor a writ of habeas corpus, pursuant to 28 U.S.C. § 2241
Thank you for your time and much consideration i look forward to hearing from you in the near future. Please kinly mark these up for a hearing as soon as is humanly possible.

RESPECTFULLY SUBMITTED

FRANTZ STERLIN

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH MA 02747