United States District Court
District of Massachusetts

Francis Sucklin
Petitioner

[illegible]

v

Bruce Chadbourne
Interim Field Office
Director Bureau of
Immigration and Customs
Enforcement, U.S. Department
of Homeland Security, et al
Respondents

Request for Production
of Documents

Petitioner Francis [illegible] [illegible], Come before this honorable court in that that the court [illegible] the respondent and [illegible] to produce the following

made of the Haitian embassy in [illegible] [illegible] which made [illegible] for me.

2. Copies of any letters or correspondence that the immigration has replied to the above request.

3. Copies of the decision rendered following my affirmation [illegible] 90 day detention review.

4. Progress report on my status of release or removal.

5. What happened to my passport that I surrendered to Agent Robert McNeill by way of [illegible] [illegible] [illegible] [illegible] as [illegible] by said agent to [illegible] a speedy removal.

Petitioner requests a hearing before this Honorable Court on or before [illegible] July [illegible]

everything that was asked of him. He believes that it is cruel and unusual punishment to keep somebody in prison when it is common knowledge that his incarceration will not [illegible] [illegible] months are called for [illegible] [illegible] in the [illegible] [illegible] future. He further holds that there are other avenues that would remedy this unjust situation in common [illegible] as an order of supervision "with bond" or security to ensure petitioner's attendance during his removal process and whatever rules and regulations that would ensure his presence (i.e. report once a week, once a month, once every 6 months etc.). For the above reasons, justice mandates that petitioner's motion for [illegible] [illegible] should be granted.

Respectfully submitted

2004 OCT 21 P 2:17

COURT

Certificate of Service

I hereby certify that a true copy of the [illegible] motion for [illegible] to be placed on the [illegible] and [illegible] for the [illegible] [illegible] [illegible] mail [illegible] [illegible] postage for first class as follows.

[illegible] Chalbaume
[illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible]
Boston MA [illegible]

[illegible] Crowley
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston MA 02114.