United States District Court
John Joseph Moakley Courthouse
1 Courthouse way, Suite [illegible]
Boston, MA 02210

[illegible] Writ of Habeas Corpus
[illegible] Commonwealth [illegible]
Docket number 04-11688-WGY

Dear Clerk,

How are you doing? I hope all is well and in good health. I pray [illegible] you are reading this letter.

I am at this time writing to check out about the status of a couple of motions that I have submitted to the court. Any of which may have been changed for my not having wrote the docket number on [illegible] the [illegible] docket number [illegible] my possession. I send motions [illegible] and [illegible] documents [illegible] to attach to my

[illegible] for [illegible] will [illegible] that [illegible]
[illegible] found [illegible]
[illegible] case,
the most important [illegible]
[illegible] jail [illegible]
[illegible]
[illegible] opposition [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] matter [illegible]
[illegible]
[illegible] complex [illegible]
[illegible]
[illegible]
[illegible] to the detainee [illegible]
[illegible] the information [illegible]
[illegible]
[illegible] appears to be [illegible]
Thank you for your time
and [illegible]
[illegible]
[illegible]
[illegible]
[illegible] been [illegible]