UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANTZ STERLIN,                          )
                    Petitioner,          )
                                         )
         v.                              )        C.A. No.  04-11688-WGY
                                         )
BRUCE CHADBOURNE, ,et al.,               )
                    Respondents.         )

YOUNG, C.J.


ORDER OF DISMISSAL


On July 29, 2004, Frantz Sterlin, an immigration detainee filed an application to proceed without prepayment of fees and a motion for appointment of counsel, as well as affidavits in support of both requests. Sterlin also sought counsel to represent himself in a Section 2241 habeas action, however, he did not submit a petition for a writ of habeas corpus.  On September 23, 2004 this Court entered an Order denying the Motion for Leave to Proceed *in forma pauperis*, and denying the Motion for Counsel, and allowed Sterlin forty-two (42) days to file a new application to proceed without prepayment of fees, accompanied by a certified prison account statement and a habeas petition, and he was advised that failure to do so would result in dismissal of the case without further notice.  On October 26, 2004 Sterlin filed a motion for production of documents which he claims to need in order to file his petition.  The docket reflects that on October 18, 2004, the September 23, 2004 Memorandum and Order was returned as undeliverable to Frantz Sterlin, and was re-sent to him.  On November 2, 2004 this Court received a letter from Sterlin (#8) asking about the status of his motions, particularly the Motion for appointment of counsel. The letter indicated that Sterlin's current address is no longer Bristol County

House of Correction in North Dartmouth, but at the Suffolk County House of Correction, in Boston, MA.   Because there was a possibility that Sterlin had not received the Court's Memorandum and Order, a further Memorandum and Order issued granting Sterlin additional time to file a habeas petition and an Application to proceed *in forma pauperis*, or to pay the $5.00 fee.

On November 29, 2004, Sterlin paid the $5.00 fee, however, no habeas petition was received by this Court.  Subsequently, Sterlin was transferred to the Federal Detention Center in Oakdale, Louisiana to be removed to Haiti, and on December 13, 2004 counsel for the Department of Homeland Security/I.C.E. advised that Sterlin had been deported. Counsel further reported that it appeared, though was not entirely certain, that Sterlin's unexpressed habeas claims may have been based on prolonged detention, and that his removal mooted that claim.

In view of the above, and Sterlin's failure to file an actual petition for habeas relief in accordance with the Court's Orders, the above captioned matter is hereby Ordered DISMISSED in its entirety.

BY THE COURT,

December 13, 2004

/s/ Elizabeth Smith
Elizabeth Smith
Deputy Clerk