BRISTOL COUNTY HOUSE OF CORRECTION
400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, MA 02747

November 19, 2004

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse way, Suite 2300
Boston, MA 02110

NOV 29 2004

Dear Clerk;

How are you doing? Well and in good health I pray as you are reading this letter.

In response to the Decision and memorandum dated 11/9/2004: Enclosed please find a check in the sum of $5.00 to cover the cost of filing the habeas action and a copy of the cover letter that I sent along with a copy of the decision and memorandum to US Attorney Crowley. Upon response of receipt of said funds; I will submitt: 1) renewed motion for appointment of counsel 2) renewed motion for production of documents, 3) Motion for preliminary injunction 4) Petition for a Writ of Habeas corpus.

Thank you for your time and much consideration. Please also note that I was moved from S.C.H.C. to B.C.H.C for reasons that still is unknown to me.

RE: 04-11688 WGY
Stephen v. CHADBOURNE

BRISTOL COUNTY HOUSE OF CORRECTION

400 FAUNCE CORNER ROAD

NORTH DARTMOUTH MA, 02747

FRANK CROWLEY

Special Assistant U.S Attorney

Department of Homeland Security

P.O Box 8728

JFK Station

Boston, MA 02114

Atty: Crowley:

    Enclosed please find a true copy of the decision and memorandum of Justice YOUNG as to my action before the court challenging my continued detention by the D.H.S and it's agents I noticed on the front cover that notification wasn't electronically mailed to you, I am taking the liberty of doing so myself, also note that there is a show cause hearing date scheduled for December 21, 2004. I will serve copies of the renewed motions for appointment of counsel, production of document and preliminary injunction and writ of habeas corpus to you within the coming week.

    Thank you for time on this matter.

RESPECTFULLY

*(signature)*

FANTZ STERLIN

```
UNITED STATES DISTRICT COURT
     BOSTON

Receipt No.        60491
Cashier

Tender Type  CHECK

Check Number:  15903

Transaction Type  M

DR Code    Div No      Acct
4638                   0869PL

Amount           $     5.00

04-11688-WGY /PAYMENT FOR HABEAS CORPUS/
FRANTZ STELLER VS CHADBOURNE/

BRISTOL COUNTY SHERIFF'S OFFICE, 400 FAUNCE
CE CORNER RD, N. DARTMOUTH, MA
```